**01–2275.   State ex rel. Harris v. Eighth Dist. Court of Appeals.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–72.   In re Martz.**

In Habeas Corpus. On petition for writ of habeas corpus of Larry Keith Martz. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**02–23.   State ex rel. Talliouris v. Corcon, Inc.**   Franklin App. No. 00AP–1189.

## MOTION DOCKET

**01–609.   In re Bicknell.**

Butler App. Nos. CA2000–07–140 and CA2000–07–141. On motion for admission *pro hac vice* of Heather C. Sawyer by Elliot T. Fishman. Motion granted.

**01–1407.   D.A.B.E., Inc. v. Toledo–Lucas Cty. Bd. of Health.**

Certified State Law Question, No. 301CV7334. On motion to strike *amicus curiae* brief of American Cancer Society, American Lung Association, et al. Motion denied.

F.E. SWEENEY and COOK, JJ., dissent.

**02–66.   State v. Folden.**

Hamilton App. Nos. C–990898 and C–990902. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**02–69.   State v. Ames.**

Butler App. No. CA2000–02–024. On motion for leave to file delayed appeal. Motion denied.

## APPEALS ALLOWED

**01–1984.   In re Estate of Rosenberg.**

Lucas App. No. L–01–1016. Appeal allowed on Propositions of Law Nos. I, II, and III and cause held for the decision in 00–2138, *In re Estate of Roberts,* Miami App. No. 2000CA15; briefing schedule stayed.

**01–2016.   Sanders v. United Parcel Serv., Inc.**

Hamilton App. No. C–010108. On motion for admission *pro hac vice* of James Cockrum and Susan Lonowski by H. Lawson Walker for United Parcel Service, Inc. Motion granted.

COOK and LUNDBERG STRATTON, JJ., dissent.

Appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–2033.   Myocare Nursing Home, Inc. v. Fifth Third Bank.**

Cuyahoga App. No. 79045.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

**01–2036.   Ohio State Bldg. & Constr. Trades Council v. Cuyahoga Cty. Bd. of Commrs.**

Cuyahoga App. Nos. 77242 and 77262. On discretionary appeal, on motion for admission *pro hac vice* of Victoria L. Bor for Building and Construction Trades Council by Mark Tucker, and motion for admission *pro hac vice* of E. Carl Uehlin, Jr., by Terra E. Castaldi for North American Contractors Association. Appeal allowed and motions granted.

MOYER, C.J., dissents.